U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Dec 03 - 2024**

John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

JOAN L. BRYANT
2677 E. Genesee St. ,
Syracuse, NY 13224   Plaintiff(s)

v.

SYRACUSE UNIVERSITY
A/K/A
THE TRUSTEES OF
SYRACUSE UNIVERSITY ,
900 South Crouse Ave.   Defendant(s)
Syracuse, NY 13244

)
)
)
)
)
)
)
)
)
)
)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Case No.:  5:24-cv-01119-DNH-MJK

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _____Joan L. Bryant_____ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _____Syracuse University_____.

Date:  December 2, 2024

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 12-03-2024
_____

_____
*Signature of plaintiffs or plaintiff's counsel*

2677 E. Genesee Street
_____
*Address*

Syracuse, NY 13224
_____
*City, State & Zip Code*

(617) 763-7725
_____
*Telephone Number*